**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| In Re: | Forrest Frank Lambert | Case No.: 17–30513 HLB 7 |
|---|---|---|
| | Debtor(s) | Chapter: 7 |

**FINAL DECREE**

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ E. Lynn Schoenmann is discharged as trustee of the estate of the above–named debtor and the bond is canceled.

☑ the chapter 7 case of the above–named debtor is closed;

and

☐ Other

Dated: <u>6/27/18</u>　　　　　　　　　　By the Court:

　　　　　　　　　　　　　　　　　　　Hannah L. Blumenstiel
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge